| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | ECF CASE |

UNITED STATES OF AMERICA )
)
v. ) **NOTICE OF APPEARANCE AND REQUEST**
) **FOR ELECTRONIC NOTIFICATION**
IHAB TARTIR, et al. ) **07 Cr. 1065 (GEL)**
)
        Defendants. )

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                                      Respectfully submitted,

                                                      MICHAEL J. GARCIA
                                                      United States Attorney for the
                                                         Southern District of New York


                                                by:  /s/ Nicole W. Friedlander

                                                       Assistant United States Attorney
                                                       (212) 637-2211

TO:    Martin L. Schmukler, Esq.
         John M. Rodriguez, Esq.
         Thomas F.X. Dunn, Esq.
         Michael Hurwitz, Esq.